In the Matter of the Accounting of HARRY F. WHITON et al.,
as Trustees under the Will of EMMA D. ROSS, Deceased, Appel-
lants. JEANETTE B. DONNELL, Respondent.

Argued December 3, 1954; decided December 31, 1954.

*Carl O. Olson* and *Frank J. Williams, Jr.,* for appellants. *Desmond F. Reilly* for respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate.  No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.